# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KIMBERLY KUEHL,**
Appellant,

v.

**JEFFREY LEROY KUEHL,**
Appellee.

No. 4D21-3546

[May 18, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502020DR002515XXXNB.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellant.

Laura Davis Smith of Davis Smith & Jean, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***